IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT SCOTT SANTANA,

     Appellant,

v.

CITY OF TALLAHASSEE,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5629

Opinion filed April 19, 2017.

An appeal from an order of Judge of Compensation Claims.
John J. Lazzara, Judge.

Date of Accident: April 29, 2014.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Christopher J. DuBois and Mary E. Cruickshank of DuBois & Cruickshank, P.A., Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., CONCUR.